# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**LAKEVIEW PHARMACY OF RACINE, INC.,** :

    **Plaintiff**  :  **CIVIL ACTION NO. 3:15-0290**

    **v**  :

**CATAMARAN CORPORATION,**  :  **(JUDGE MANNION)**

    **Defendant**  :

## MEMORANDUM

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** The motion to dismiss for failure to state a claim filed by defendant, Catamaran Corporation, (Doc. 11), is **GRANTED in part**, and **DENIED in part**;

**(2)** The defendant's motion to dismiss with respect to Counts I, II, and IV of the Complaint, (Doc. 1), is **GRANTED** and the listed claims are dismissed with prejudice;

**(3)** The defendant's motion to dismiss with respect to Count III of the Complaint, (Doc. 1), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 9, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0290-01-ORDER.wpd