# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAKEVIEW PHARMACY OF RACINE, INC.,** : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. 3:15-0290 |
| : | |
| v. : | |
| : | (JUDGE MANNION) |
| **CATAMARAN CORPORATION,** : | |
| : | |
| Defendant | |

## ORDER

Pursuant to the memorandum issued this same day, it is **HEREBY ORDERED**:

**(1)** the plaintiff Lakeview Pharmacy of Racine, Inc.'s First Motion for Leave to Amend the Complaint, (Doc. 30), is **GRANTED IN PART** and **DENIED IN PART**;

**(2)** the plaintiff's request to remove factual allegations relating to the other independent pharmacies that are no longer parties to the action is **GRANTED**;

**(3)** the plaintiff's request to add Count I, a UCC claim, is **DENIED**;

**(4)** the plaintiff's request to add Count II for breach of contract is **GRANTED** insofar as it claims that the defendant's failure to "use 'client or plan parameters, MediSpan or other national source, and internal processes as a reference,' " (Doc. 31, Ex. 1, ¶ 119), the defendant's decision to set reimbursement prices below acquisition costs, and the defendant's use of multiple MAC prices

constitute a breach of contract;

**(5)** the plaintiff's request to add a claim for breach of contract, under Count II, for the defendant's failure to "implement '[o]ther nationally recognized reference based sources' despite market conditions warranting as much," (Doc. 33, Ex. 1, ¶ 119), is **DENIED**;

**(6)** the plaintiff's request to add Count IV on a theory of quantum meruit is **DENIED**; and

**(7)** the plaintiff shall file an amended complaint which comports with this order and accompanying memorandum by **June 27, 2016.**

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 13, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0290-02-ORDER.wpd