# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAKEVIEW PHARMACY OF RACINE, INC.,** : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. 3:15-0290 |
| : | |
| v. : | (JUDGE MANNION) |
| : | |
| **CATAMARAN CORPORATION,** : | |
| : | |
| Defendant. | |

## ORDER

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the plaintiff's motion to strike, (Doc. 58), requesting that the court strike the third affirmative defense in the defendants answer, (Doc. 57), pursuant to Federal Rule of Civil Procedure 12(f) is **DENIED**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 31, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0290-04-Order.wpd