# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAKEVIEW PHARMACY OF RACINE, INC.,** : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. 3:15-290 |
| : | |
| v. : | (JUDGE MANNION) |
| **CATAMARAN CORPORATION,** : | |
| Defendant : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1)  The defendant's motion to quash, (Doc. 38), is **GRANTED.**


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 28, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0290-03-ORDER.wpd