# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAKEVIEW PHARMACY OF RACINE, INC.,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:15-290** |
| : | |
| **v.** : | |
| : | **(JUDGE MANNION)** |
| **CATAMARAN CORPORATION,** : | |
| : | |
| **Defendant** : | |
| : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's request to compel discovery is **GRANTED IN PART**.

**(2)** Regarding the defendant's MAC appeal database, the defendant is directed to provide the plaintiff with the requested information contained in its MAC appeal database only for the years 2014-2016. In doing so, the defendant need not produce any information relating to appeals which were denied as untimely or incomplete, or those appeals which were not based on reimbursement related to MAC pricing. Moreover, the defendant need not

produce those portions of the MAC appeals database which were already produced relating to appeals initiated by Lakeview.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 13, 2019**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-290-05-ORDER.wpd